ELECTRONICALLY FILED - 2020 Sep 29 12:20 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200476

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF CHESTER | Docket No. 2020-CP-12-_____ |
| Hilton Rhoderques Hayes, | |
| Plaintiff, | |
| v. | SUMMONS |
| Drissi Brahim and The Hertz Corporation, | |
| Defendant. | |

TO:   THE ABOVE-NAMED DEFENDANTS**:**

YOU ARE HEREBY SUMMONED AND REQUIRED to answer the Complaint in this action. A copy of the Complaint is attached to this Summons and is herewith served upon you. Your Answer must be in writing and signed by you or by your attorney and must state your address or the address of your attorney if signed by your attorney. You Answer must be served upon the undersigned attorney for the Plaintiffs within thirty (30) days after the service thereof, exclusive of the date of service, at 120 West Washington Street, Post Office Box 1006, Winnsboro, South Carolina 29180.

YOU ARE HEREBY GIVEN NOTICE FURTHER that, if you fail to appear and defend and fail to answer the complaint as required by this Summons within thirty (30) days after the service hereof, judgment by default will be rendered against you for the relief demanded in the Complaint.

**CREIGHTON B. COLEMAN, LLC**
/s/Creighton B. Coleman
Creighton B. Coleman (SC Bar # 6521)
120 West Washington Street
P.O. Box 1006
Winnsboro, SC 29180
(803) 635-6884
(803) 635-9228 (fax)
creighton@colemantolen.com
*Attorney for Plaintiff*

September 29, 2020
Winnsboro, South Carolina

1

ELECTRONICALLY FILED - 2020 Sep 29 12:20 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200476

| | |
|---|---|
| STATE OF SOUTH CAROLINA<br><br>COUNTY OF CHESTER<br><br>Hilton Rhoderques Hayes,<br><br>           Plaintiff,<br><br>v.<br><br>Drissi Brahim and the Hertz Corporation,<br><br>           Defendants. | IN THE COURT OF COMMON PLEAS<br><br>Docket No. 2020-CP-12-_____<br><br><br>COMPLAINT<br>(Jury Trial Demanded) |

TO: THE ABOVE-NAMED DEFENDANT:

The Plaintiff, complaining of the Defendant, would respectfully show unto this Court:

1. That the Plaintiff is a citizen and resident of the County of Chester, State of South Carolina.

2. That, upon information and belief, Defendant (Brahim) is a citizen and resident of the County of Oneida, State of New York.

3. That the Defendant The Hertz Corporation (Hertz) is an entity organized in one of the States of the United States and has locations in the State of South Carolina.

4. That on or about October 7, 2017 the Plaintiff was traveling east on SC-9 (Lancaster Highway). The Defendant Brahim was driving a rental car from Hertz and was traveling north on SC-901. That the Defendant Brahim came upon a stop sign at the intersection of SC 9 and SC 901 and in a reckless, wanton, negligent, willful, and careless manner, failed to stop at the stop sign causing the vehicle to collide with great force with the Plaintiff's vehicle. As a direct and proximate result of the crash from Defendant Brahim's negligent, careless, reckless, willful and wanton manner in which he had failed to stop at the stop sign and failed to yield the right of way, and subsequently collided with, the Plaintiff's

2

vehicle, the Plaintiff sustained personal injuries as more fully outlined below.

5. That as a result of the above, the Plaintiff suffered injuries to his back, neck, left arm and chest all of which have and will cause the Plaintiff to undergo much physical pain, have and will cause the Plaintiff to spend money for medical services, and have caused and will cause the Plaintiff to lose money in the nature of wages and earnings.

6. That in operating a motor vehicle on the public roadways, Defendant Brahim had a duty to use reasonable and due care in the operation of his vehicle.

7. That the Defendant Brahim further had a duty to comply with all applicable traffic laws.

8. That the Defendant Brahim was willful, wanton, careless and negligent at the place and time above-mentioned in the following particulars:

    a) In failing to keep a proper lookout;

    b) In failing to abide by applicable traffic laws;

    c) In failing to stop at stop sign;

    d) In failing to yield the right of way;

    e) In failing to take proper evasive action; and

    f) Such other particulars as may be learned during discovery or at the trial of this matter.

All or any of which were the direct and proximate cause of the injuries and damages suffered by the Plaintiff herein, said acts being in violation of the statutory laws of the State of South Carolina.

The Plaintiff is informed and believes that he is entitled to judgment against the Defendants for actual damages plus a reasonable sum of punitive damages.

WHEREFORE, the Plaintiff prays for judgment against the Defendants for actual and punitive damages in an amount to be determined by a jury; for the costs of this action; and for such

ELECTRONICALLY FILED - 2020 Sep 29 12:20 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200476

ELECTRONICALLY FILED - 2020 Sep 29 12:20 PM - CHESTER - COMMON PLEAS - CASE#2020CP1200476

other and further relief as this Court deems just and proper.

                                        CREIGHTON B. COLEMAN, LLC
                                        /s/Creighton B. Coleman
                                        Creighton B. Coleman
                                        120 West Washington Street
                                        Post Office Box 1006
                                        Winnsboro, South Carolina 29180
                                        (803) 635 – 6884
                                        Fax 803-635-9228
                                        Attorney for Plaintiff

September 29, 2020
Winnsboro, South Carolina

4